1  EMANUEL LAW FIRM
2  Sacha V. Emanuel (SBN 218705)
   A Professional Corporation
3  semanuel@emanuel.law
4  1100 Glendon Avenue, 15th Floor
   Los Angeles, California 90024
5  Telephone:  (310) 881-6814
6  Facsimile:   (310) 881-6801

7  Attorneys for Defendant
8  Press Fire Games LLC

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13
   WARGAMING.NET LIMITED, a        Case No. 2:20-cv-2763-CJC (JEMx)
14 Cyprus limited company,
15          Plaintiff,              **DECLARATION OF KIRYL
                                    PALIAKOU IN SUPPORT OF
16          vs.                     MOTION OF DEFENDANT PRESS
                                    FIRE GAMES LLC TO DISMISS
17                                  FIRST AMENDED COMPLAINT
18 BLITZTEAM LLC, a Belarus limited FOR LACK OF PERSONAL
   liability company; and DOES 1-10, JURISDICTION AND FAILURE TO
19 inclusive,                       STATE A CLAIM**
20          Defendant.             Hon. Cormac J. Carney
21
22                                 First Amended Complaint Filed: August
23                                 20, 2020
24
25
26
27
28
                                    -1-
   DECLARATION OF KIRYL PALIAKOU IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED
                                   COMPLAINT

## DECLARATION OF KIRYL PALIAKOU

I, Kiryl Paliakou, declare as follows:

1.  I am the General Manager ("GM") of Press Fire Games, LLC, the defendant in this matter.  In my capacity as GM, I am familiar with Press Fire's administrative and operational functions as well as other matters relating to Press Fire.  I have personal knowledge of the facts set forth herein and make this declaration in support of Press Fire's Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Failure to State a Claim.

2.  Press Fire, which was formerly called Blitz Team LLC, is a private company registered in accordance with the corporate laws of the Republic of Belarus.  Press Fire is incorporated in Belarus and maintains its principal place of business in Minsk, Belarus.

3.  Press Fire is in the video game business including the development and distribution of online mobile video games.

4.  All of Press Fire's executive management and employees operate out of Press Fire's headquarters in Belarus.

5.  Press Fire does not have an office or place of business in California or in any state in the United States.  Nor does Press Fire have any managers, directors, officer, or employees in California or the United States.

6.  Press Fire does not have, and has never had, a registered agent for service of process in California or in any other state within the United States.

-2-

7.  Press Fire does not have a bank account in California or in any other state within the United States.

8.  Press Fire maintains two websites www.battleprime.com and www.pressfire.games (formerly, www.blitzteam.com).  Both websites are passive, not interactive.  The websites contain general information about the company and the Game and do not specifically target residents of California or the United States.

9.  I understand that Plaintiff alleges in the First Amended Complaint that the Game is available for distribution on Google Play and Apple's App Store.  It is my understanding that Google and Apple are two of the largest and most well know tech companies in the world who have a large and expansive distribution platform for mobile video games.  The Game was made available on Google's and Apple's applications for these reasons and not because of their location in California or the United States.  In fact, the Game was made available to be played in many other countries throughout the world and not just in the United States.  Of the total worldwide downloads of the Game, only ten percent (10%) are from the United States and most of the revenue derived from the Game is from outside of the United States.

10. Prior to initiating this action, Plaintiff filed at least seven (7) other actions against Press Fire, and/or one or more of its members, in courts in Belarus and Cyprus.  I was never employed by Plaintiff.  Nor to my knowledge were any of the other members of Press Fire.  I am informed and believe that the action filed in

Cyprus involves essentially the same parties, trademarks, and similar allegations as those made by Plaintiff in this action.  I am further informed and believe that the action before the Belarussian Ministry of Antimonopoly Regulation and Trade also involves some similar allegations as those made in this case.  On December 11, 2020, the actions in the Belarus Supreme Court (5 of 7 aforementioned actions) which took almost a year and involved, among other thing, the issue as to how the DAVA Framework was published to GitHub as one-source product were dismissed because Plaintiff could not prove its claims against the members of Press Fire.

11. I am informed and believe and based thereon allege that "Network Test Game" ("NTG") is a demo part of the open-source game engine DAVA Framework, which is available for free on https://github.com under a BSD-3 license. Attached hereto as Exhibit 1 is a copy of the license from GitHub contained within a publicly available fork for NTG.

12. Press Fire is a small video game company located thousands of miles away from California in Belarus.  Press Fire does not have any property, employees or company representatives authorized to act on its behalf in California or the United States.  Most if not all of Press Fire's witnesses, and documents relating to this action are located in Belarus.  For this reason, and the other reasons mentioned herein, it would be a serious financial and logistical burden to defend this action in California or any other state within the United States.

-4-

1    I declare under penalty of perjury under the laws of United States of America

2    that the foregoing is true and correct.

3

4    Executed on 28 December 2020, in Minsk, Belarus.

5

6

7                                                          Kiryl Paliakou

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -5-

**EXHIBIT 1**

Case 2:20-cv-02763-CJC-MRW   Document 35-1   Filed 12/28/20   Page 7 of 8   Page ID #:642



WotblitzReversing / **dava.framework**

forked from smile4u/dava.engine

<> Code    Pull requests    Actions    Projects    Security    Insights

new_render_ ▾

···

**dava.framework** / LICENSE

WotblitzReversing/dava.framework is licensed under the
### BSD 3-Clause "New" or "Revised" License

A permissive license similar to the BSD 2-Clause License, but with a 3rd clause that prohibits others from using the name of the project or its contributors to promote derived products without written consent.

**Permissions**
- ✓ Commercial use
- ✓ Modification
- ✓ Distribution
- ✓ Private use

**Limitations**
- ✕ Liability
- ✕ Warranty

**Conditions**
- ⓘ License and copyright notice

This is not legal advice. Learn more about repository licenses.

Maksim Molokovskih 12.02.2018     History

0 contributors

Raw   Blame

25 lines (22 sloc)   1.52 KB

```
1    Copyright (c) 2008-2016 Wargaming World Ltd.
2    All rights reserved.
3
4    Redistribution and use in source and binary forms, with or without
5    modification, are permitted provided that the following conditions are met:
6
7    * Redistributions of source code must retain the above copyright
8    notice, this list of conditions and the following disclaimer.
9    * Redistributions in binary form must reproduce the above copyright
10   notice, this list of conditions and the following disclaimer in the
```

```
11      documentation and/or other materials provided with the distribution.
12      * Neither the name of the copyright holder nor the
13      names of its contributors may be used to endorse or promote products
14      derived from this software without specific prior written permission.
15
16      THIS SOFTWARE IS PROVIDED BY THE copyright holder AND CONTRIBUTORS "AS IS" AND
17      ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED
18      WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE
19      DISCLAIMED. IN NO EVENT SHALL copyright holder BE LIABLE FOR ANY
20      DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES
21      (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
22      LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND
23      ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
24      (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS
25      SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.
```